United States Courts
Southern District of Texas
FILED
*November 13, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| vs. | § <br> §   CRIMINAL NO. **4:24-cr-00588** <br> § |
| ISMAEL BERNARDEZ-LACAYO | § <br> § |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times relevant to this Indictment:

1. The Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security ("BIS") pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

2. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section *730 et seq.*

3. Firearms and Ammunition are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

4. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

5. Exportation of firearms and ammunition to Honduras requires a license.

6. Defendant ISMAEL BERNARDEZ-LACAYO did not have a license or any authority to export firearms or ammunition out of the United States to Honduras.

# COUNT ONE
*(Title 18 U.S.C. § 554  SMUGGLING GOODS FROM THE UNITED STATES)*

That on or about April 23, 2024, in the Houston Division of the Southern District of Texas, the Defendant,

## ISMAEL BERNARDEZ-LACAYO,

knowingly and unlawfully concealed, bought, or facilitated the transportation and concealment of any merchandise, article or object, prior to exportation, knowing the same to be intended for exportation from the United States, contrary to any law or regulation of the United States, to-wit:

1. Beretta Handgun / Model: Gardone / Cal: 9mm / S/N: A333152Z, and
2. Beretta Handgun / Model: Gardone / Cal: 9mm / S/N: A344762Z, and
3. Bersa Handgun / Model: Thunder 380 / Cal: .380 / S/N: N14904, and
4. Glock Handgun / Model: 30 / Cal: .45 / S/N: BYAM771, and
5. Glock Handgun / Model: 23 / Cal:.40 / S/N: BVVF617, and
6. Glock Handgun / Model: 34 GEN 5 / Cal: 9mm / S/N: CACD379, and
7. Glock Handgun / Model: 27 / Cal: .40 / S/N: BGKV169, and
8. Highpoint Handgun / Model: CF380 / Cal: .380 / S/N: P8139428, and
9. Mossberg Handgun / Model: MC2 / Cal: 9mm / S/N: 002721MA, and
10. Phoenix Arms Handgun / Model: HP22A / Cal: .22 / S/N: 4622074, and
11. Pietro Beretta Handgun / Model: 92FS / Cal: 9mm / S/N: A331417Z, and
12. Pietro Beretta Handgun / Model: 92FS / Cal: 9mm / S/N: A342242Z, and
13. Pietro Beretta Handgun / Model: M9 / Cal: .22 / S/N: BM063551, and
14. Sarsilmaz Arms Handgun / Model: SAR9 / Cal: 9mm / S/N: T1102-20BV53780, and
15. SCCY Handgun / Model: PX2 / Cal: 9mm / S/N: 335812, and
16. Smith & Wesson Handgun / Model: SD-40 / Cal: .40 / S/N: FDP1908, and
17. Smith & Wesson Handgun / Model: 38 Special / Cal: .38 / S/N: ADA2511, and
18. Taurus Handgun / Model: PT111 G2 / Cal: 9mm / S/N: THT79306, and
19. Taurus Handgun / Model: 38 Special / Cal: .38 / S/N: KD99415, and
20. Taurus Handgun / Model: G3 / Cal: 9mm / S/N: ADG438148, and
21. Marlin Rifle / Model: 60 / Cal: .22 / S/N: MM35548M, and
22. Marlin Rifle / Model: 60SB / Cal: .22 / S/N: 04135666, and
23. Marlin Rifle / Model: 60 / Cal: .22 / S/N: MN77336A, and
24. Remington Rifle / Model: 597 Mag / Cal: .22 / S/N: 2924974M, and
25. Rossi Rifle / Model: RS22 / Cal: .22 / S/N: 7CA417581T, and
26. Ruger Rifle / Model: 10-22 / Cal: .22 / S/N: 002335064, and
27. Ruger Rifle / Model: 10-22 / Cal: .22 / S/N: 0024-53428, and
28. Ruger Rifle / Model: 10-22 / S/N: R75-32825, and
29. Savage Rifle / Model: 64 / Cal: .22 / S/N: 3782372, and
30. Savage Rifle / Model: 64 / Cal: .22 / S/N: 4466041, and
31. Savage Rifle / Model: 64 / Cal: .22 / S/N: 4042075, and
32. Savage Rifle / Model: 64 / Cal: .22 / S/N: 3947464, and
33. Savage Rifle / Model: 62 / Cal: .22 / S/N: 4489183, and
34. Stevens Shotgun / Model: 320 / Cal: 12ga / S/N: 153305S, and
35. Stevens Shotgun / Model: 320 / Cal: 12ga / S/N: 216151T, and

36. Winchester Shotgun / Model: 1400 Mk II / Cal: 12ga / S/N: N828338, and
37. Unserialized orange handle, unbranded 9mm handgun / no serial number,

which are controlled items as defined in the CCL, and the Defendant had not received a license or authorization for such export, in violation of Title 50, United States Code, Section 4819 and a BIS license was required pursuant to Part 742.4, 742.6 and 742.17 of the Export Administration Regulations (EAR) (15 C.F.R. Part 730 et seq.), for the export or re-export to Honduras of the aforementioned items.

In violation of Title 18, United States Code, Section 554.

## **NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**

As a result of the foregoing criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the property, including the items listed below, upon conviction and as part of sentencing pursuant to FED. R. CRIM. P. 32.2 and Title 19 U.S.C. § 1595a(d), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. §2461(c), which states:

(d) Merchandise exported contrary to law

Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

Any and all any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. Beretta Handgun / Model: Gardone / Cal: 9mm / S/N: A333152Z, and

2. Beretta Handgun / Model: Gardone / Cal: 9mm / S/N: A344762Z, and
3. Bersa Handgun / Model: Thunder 380 / Cal: .380 / S/N: N14904, and
4. Glock Handgun / Model: 30 / Cal: .45 / S/N: BYAM771, and
5. Glock Handgun / Model: 23 / Cal:.40 / S/N: BVVF617, and
6. Glock Handgun / Model: 34 GEN 5 / Cal: 9mm / S/N: CACD379, and
7. Glock Handgun / Model: 27 / Cal: .40 / S/N: BGKV169, and
8. Highpoint Handgun / Model: CF380 / Cal: .380 / S/N: P8139428, and
9. Mossberg Handgun / Model: MC2 / Cal: 9mm / S/N: 002721MA, and
10. Phoenix Arms Handgun / Model: HP22A / Cal: .22 / S/N: 4622074, and
11. Pietro Beretta Handgun / Model: 92FS / Cal: 9mm / S/N: A331417Z, and
12. Pietro Beretta Handgun / Model: 92FS / Cal: 9mm / S/N: A342242Z, and
13. Pietro Beretta Handgun / Model: M9 / Cal: .22 / S/N: BM063551, and
14. Sarsilmaz Arms Handgun / Model: SAR9 / Cal: 9mm / S/N: T1102-20BV53780, and
15. SCCY Handgun / Model: PX2 / Cal: 9mm / S/N: 335812, and
16. Smith & Wesson Handgun / Model: SD-40 / Cal: .40 / S/N: FDP1908, and
17. Smith & Wesson Handgun / Model: 38 Special / Cal: .38 / S/N: ADA2511, and
18. Taurus Handgun / Model: PT111 G2 / Cal: 9mm / S/N: THT79306, and
19. Taurus Handgun / Model: 38 Special / Cal: .38 / S/N: KD99415, and
20. Taurus Handgun / Model: G3 / Cal: 9mm / S/N: ADG438148, and
21. Marlin Rifle / Model: 60 / Cal: .22 / S/N: MM35548M, and
22. Marlin Rifle / Model: 60SB / Cal: .22 / S/N: 04135666, and
23. Marlin Rifle / Model: 60 / Cal: .22 / S/N: MN77336A, and
24. Remington Rifle / Model: 597 Mag / Cal: .22 / S/N: 2924974M, and
25. Rossi Rifle / Model: RS22 / Cal: .22 / S/N: 7CA417581T, and
26. Ruger Rifle / Model: 10-22 / Cal: .22 / S/N: 002335064, and
27. Ruger Rifle / Model: 10-22 / Cal: .22 / S/N: 0024-53428, and
28. Ruger Rifle / Model: 10-22 / S/N: R75-32825
29. Savage Rifle / Model: 64 / Cal: .22 / S/N: 3782372, and
30. Savage Rifle / Model: 64 / Cal: .22 / S/N: 4466041, and
31. Savage Rifle / Model: 64 / Cal: .22 / S/N: 4042075, and
32. Savage Rifle / Model: 64 / Cal: .22 / S/N: 3947464, and
33. Savage Rifle / Model: 62 / Cal: .22 / S/N: 4489183, and
34. Stevens Shotgun / Model: 320 / Cal: 12ga / S/N: 153305S, and
35. Stevens Shotgun / Model: 320 / Cal: 12ga / S/N: 216151T, and
36. Winchester Shotgun / Model: 1400 Mk II / Cal: 12ga / S/N: N828338, and
37. Unserialized orange handle, unbranded 9mm handgun / no serial number, and
38. 6,654 rounds of ammunition of various calibers, and
39. 36-Handgun Magazines, and
40. 16-Rifle Magazines, and
41. 1 Rifle scope

A TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Keri Fuller
Assistant United States Attorney